IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MATTHEW THOMAS COLEMAN     PLAINTIFF

VS     CIVIL ACTION NO. 1:23-CV-0246 TBM-RPM

CHARLES RAY MILES, C.J.
TRANSPORT, INC., CIDNEY M.
ORDOYNE, JONATHAN ERIC
BICKEL, CHRISTOPHER LEE
MOORE, AND RAY PIERRE
ROMERO, III     DEFENDANTS

**AGREED ORDER GRANTING MOTION TO SET ASIDE CLERK'S
ENTRY OF DEFAULT AND FOR LEAVE TO FILE ANSWER**

ON THIS DAY this Cause came on to be heard upon Motion of Defendant, **Cidney M. Ordoyne,** to Set Aside the Clerk's Entry of Default [Doc. 19] and for Leave to File an Answer, and the Court, having heard and considered said Motion, FINDS that the Motion is well-taken and should be GRANTED. It is, therefore,

ORDERED THAT that the Motion of Defendant, **Cidney M. Ordoyne** to Set Aside the Clerk's Entry of Default and for Leave to File an Answer is GRANTED, and the Court therefore vacates the Clerk's Entry of Default entered on December 4, 2023.

IT IS FURTHER ORDERED that Defendant, **Cidney M. Ordoyne.**, is granted leave to file an Answer and is granted ten days from the date of filing of this Order to file an Answer and waives any defense for insufficient process and insufficient service of process per FRCP 12(b)(4) and (5).

This, the 22nd day of December, A.D. 2023.

                          /s/ Taylor B. McNeel
                          U.S. DISTRICT COURT JUDGE

1

Agreed to by:

_Mark Norton_
Mark Norton, *Attorney for Cidney Ordoyne*

_David Pitre_
David Pitre, *Attorney for Matthew Thomas Coleman*