IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MATTHEW THOMAS COLEMAN**                                                 **PLAINTIFF**

**v.**                       **CIVIL ACTION NO. 1:23-cv-00246-TBM-RPM**

**CHARLES RAY MILES, C.J. TRANSPORT, INC.,
CIDNEY M. ORDOYNE, JONATHAN ERIC BICKEL,
and RAY PIERRE ROMERO, III**                                    **DEFENDANTS**

### AGREED ORDER GRANTING CHARLES RAY MILES AND C.J. TRANSPORT, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Before the Court is Charles Ray Miles and C.J. Transport, Inc.'s Motion for Partial Judgment on the Pleadings [71]. Having considered the Motion and being advised that Plaintiff does not oppose it, the Court finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's independent, non-respondeat superior claims against C.J. Transport and Plaintiff's claims for punitive damages against Miles and C.J. Transport are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED on this, the 12th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

**Agreed and Approved:**

*/s/ David Pitre*
David Pitre (MSB #99388)
*Attorney for Plaintiff*


*/s/ Landon Kidd*
Landon Kidd (MSB #104521)
*Attorney for Charles Ray Miles and C.J. Transport, Inc.*